UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEATHER DIPRIMIO, | : |
| Plaintiff, | : |
| V. | : CASE NO. 3:10cv2028(RNC) |
| RELIASTAR INSURANCE COMPANY, | : |
| Defendant. | : |

ORDER

The deadline for filing dispositive motions is August 31, 2011. (Doc. #18.) **Before a party files a motion for summary judgment, a prefiling conference will be held.** A party wishing to file such a motion will submit a letter to chambers requesting a conference no later than July 29, 2011. No such request will be granted unless the attorney making the request has conferred with other counsel beforehand. At the prefiling conference, consideration will be given to the timing and appropriateness of the motion, formulation and simplification of the issues encompassed by the motion, avoidance of unnecessary motion practice and other matters that might facilitate the just, speedy and inexpensive determination of the action. The conference may be conducted by telephone.

SO ORDERED this 1st day of June, 2011 at Hartford, Connecticut.

\_\_\_\_\_/s/_____
Donna F. Martinez
United States Magistrate Judge